## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**VS.**                               **CAUSE NUMBER: 4:24-cr-123-SA-JMV**

**JATERRIAN JEFFERSON**                                                   **DEFENDANT**

### ORDER DENYING MOTION FOR BOND

This matter came before the Court on Defendant's Motion for Bond, docket number [13]. The court having heard and considered the arguments of counsel finds the Motion for Bond should be and is hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshals Service pending disposition by United States District Judge Sharion Aycock.

SO ORDERED, this the 15th day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE